UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 09-601 |
| JUAN CARLOS DONE | : | <u>ORDER</u> |

This matter having come before the Court on the application of defendant Juan Carlos Done (by Bruce Rosen, Esq.) for pre-sentence bail; and Paul J. Fishman, United States Attorney for the District of New Jersey (by Randall H. Cook, Assistant U.S. Attorney) having opposed the motion; and the Court having considered the submissions of the parties;

THE COURT MAKES THE FOLLOWING FINDINGS:

1. 18 U.S.C. Section 3143(a)(1) provides that a convicted person awaiting imposition of sentence shall be detained unless the defendant can demonstrate by clear and convincing evidence that he is not likely to flee or pose a risk of danger to the community;

2. Defendant Juan Carlos Done pled guilty to a violation of 18 U.S.C. Section 1956 and is currently confined pending sentencing for up to twenty years' imprisonment;

3. Defendant Juan Carlos Done has contacts throughout the United States as well as in the Dominican Republic and Mexico;

4. Defendant Juan Carlos Done admitted conducting numerous transactions in funds derived from drug transactions, much of which remains unaccounted for and possibly available to him;

5. Defendant Juan Carlos Done has a significant prior criminal history;

6. Defendant Juan Carlos Done is alleged by the Government to have been a principal member of a drug distribution conspiracy; and

7. Accordingly, no condition or combination of conditions are sufficient to reasonably ensure that Defendant Juan Carlos Done is not likely to flee or pose a risk of danger to the community.

WHEREFORE, on this ___9th___ day of January, 2012,

ORDERED that defendant Juan Carlos Done's application for pre-sentence bail is denied.

                                          HON. JOSE L. LINARES
                                          United States District Judge