UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 09-601-001 (JLL) |
| JUAN CARLOS DONE | : | **ORDER** |

Upon application of the defendant Juan Carlos Done to file a motion to withdraw his guilty plea, it is on this     day of July, 2012, hereby **ORDERED** that:

Defendant's Motion to Withdraw
His Plea of Guilty Filed by:           Monday, July 16, 2012

Opposition Due:                        Monday, July 23, 2012

Motions Hearing Date:                  To Be Determined
                                       By the Court

```
                                    _____
                                    HON. JOSE L. LINARES
                                    UNITED STATES DISTRICT JUDGE
```