UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 09-601-001 (JLL) |
| JUAN CARLOS DONE | : | **ORDER** |

Upon application of the United States for an extension in the due date for its opposition brief to Defendant's motion to withdraw his guilty plea, and the United States' petition for waiver of attorney-client privilege with regard to discovery of facts relevant to Defendant's motion being before the Court, and counsel for Defendant having consented, it is on this 20th day of July, 2012, hereby **ORDERED** that:

United States Opposition is Due:   Monday, July 30, 2012

Motions Hearing Date:   To Be Determined By the Court

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE