UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 09-601-001 (JLL) |
| JUAN CARLOS DONE | : | **ORDER** |

Upon application of the United States for an adjournment in the due date for its opposition brief to Defendant's motion to withdraw his guilty plea, and the United States' petition for waiver of attorney-client privilege with regard to discovery of facts relevant to Defendant's motion (the "Waiver Petition") being before the Court, and the Defendant having objected to the Waiver Petition, and the Court having determined to conduct a hearing with regard to the Waiver Petition, it is on this 30th day of July, 2012, hereby **ORDERED** that:

| | |
|---|---|
| Waiver Petition Hearing Date: | Tuesday, August 7, 2012 at 11 A.M. |
| Plea Withdrawal Opposition is Due: | Ten days following the Court's decision regarding the Waiver Petition. |
| Plea Withdrawal Motion Hearing Date: | To be determined by the Court. |

HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE