Hearing on the Motion and without prejudice to Defendant to be able to object with regard to any area not relevant or outside the scope of the waiver;

    3.    Government's opposition to Defendant's motion to withdraw plea of guilty is due within ten days.

    4.    Oral argument to be scheduled by the Court.


                                                                /s/ Jose L. Linares  
                                                           Hon. Jose L. Linares  
                                                           United States District Judge