NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Criminal No.: 09-601 (JLL) 01 |
|---|---|
| Plaintiffs, | |
| v. | |
| JUAN CARLOS DONE, | ORDER |
| Defendants. | |

Please be advised that oral argument on defendant's motion [#112] to withdraw plea of guilty is scheduled for **Friday, October 12, 2012** at **10:00 a.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

Jose L. Linares,
United States District Judge

Dated: August 21, 2012