NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN CARLOS DONE | Criminal Action No. 09-601 (JLL)<br><br>**ORDER** |

**LINARES,** District Judge.

This matter comes before the Court by way of Defendant Juan Carlos Done's ("Done" or "Defendant")'s motion to withdraw his guilty plea (CM/ECF No. 112). For the reasons stated in the Court's corresponding Opinion,

**IT IS** on this 13 day of November, 2012

**ORDERED** that Defendant's motion to withdraw his guilty plea is denied.

**SO ORDERED.**

JOSE L. LINARES
U.S. DISTRICT JUDGE

1